# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAVIER GONZALEZ MARCANO, a/k/a "ANTONIO", and<br>WILLIAM MATOS, a/k/a "ALEX" a/k/a "PUPA,"<br><br>Defendants. | Criminal No. 17-cr-10097-FDS<br><br>VIOLATIONS:<br><br>21 U.S.C. § 846<br>(Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Cocaine, and Cocaine Base)<br><br>21 U.S.C. § 853<br>(Drug Forfeiture Allegation) |

## JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(a), the United States of America and the defendant, William Matos, by their undersigned counsel, respectfully submit the following Joint Initial Status Report in the above-captioned matter.

**1.      The Status of Automatic Discovery and any Pending Discovery Requests**

The defendant is reviewing the discovery produced to date and will make a determination as to whether any additional discovery requests will be made.

The government is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(b)(1) and Rule 16 of the Federal Rules of Criminal Procedure.

**2.      Whether any Protective Orders Addressing the Disclosure or Dissemination of Sensitive Information Concerning Victims, Witnesses, the Defendant, or Law Enforcement Sources or Techniques May be Appropriate**

The United States has shared a proposed protective order with counsel for the defendant relating to the disclosure and dissemination of wiretap materials, and intends to file a motion seeking a protective order relating to such materials.

**3.      The Timing of any Pretrial Motions Under Fed. R. Crim. P. 12(b)**

The defendants will file any pretrial motions under Fed. R. Crim. P. 12(b) no later than 30 days before trial.

**4.      The Timing of Expert Witness Disclosures**

The parties do not anticipate any expert witness discovery at this time.  To the extent that this changes, the parties will notify the Court and seek a schedule for expert witness discovery.

**5.      Periods of Excludable Delay Under the Speedy Trial Act**

The Court has ordered that the period from July 10, 2017 (the date of the initial status conference in the case), through September 8, 2017 (the current date of the status conference) be excluded from the Speedy Trial Act computation in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A).

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts, the interests of justice in this case, *i.e.,* review of the case, review of the evidence, investigation, evaluation of discovery, and preparation of dispositive motions outweigh the best interests of the public and the defendants for a trial within 70 days of the return of the indictment.  For these reasons, the parties request that the period from September 8, 2017

(the current date of the initial status conference), through the date of the next status conference be excluded from Speedy Trial Act computation.

**6.     The Timing of a Final Status Conference**

The parties request additional time to review discovery and discuss potential resolution of this case, and ask that this Court schedule a final status conference at a date convenient to the Court in November 2017.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| WILLIAM MATOS, | WILLIAM D. WEINREB<br>Acting United States Attorney |
| By his attorney, | |
| /s/ *Oscar Cruz, Jr.*<br>Oscar Cruz, Jr., BBO # 630813<br>Federal Public Defender Office<br>51 Sleeper Street, 5th Floor<br>Boston, Massachusetts 02210 | By:  /s/ *Miranda Hooker*<br>Miranda Hooker, BBO# 661569<br>Assistant U.S. Attorney |

Dated:  September 1, 2017

CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                          */s/ Miranda Hooker*
                          MIRANDA HOOKER

Dated: September 1, 2017